UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA KENNEDY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EL CENTRO REGIONAL MEDICAL CENTER, a municipal hospital; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 22-CV-1522 JLS (LR)<br><br>**ORDER GRANTING IN PART JOINT STIPULATION TO COMPLETE STAY OF CASE PENDING MEDIATION**<br><br>(ECF No. 13) |

Presently before the Court is the Parties' Joint Stipulation to Complete Stay of Case Pending Mediation ("Joint Stip.," ECF No. 13). The Parties report that they have agreed to engage in private mediation, which is scheduled to occur on either December 4, 2023, or December 5, 2023. Joint Stip. at 2. The Parties request that the Court stay this case in its entirety until March 1, 2024, "as such a stay will permit the Parties to devote all resources to resolving this case, rather than to continue litigating the matter." *Id.*

/ / /

1

A district court "may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979). District courts have "broad discretion to stay proceedings." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). Granting a stay "is appropriate when it serves the interests of judicial economy and efficiency." *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997). "A stay should not be granted unless it appears likely the other proceedings will be concluded within a reasonable time in relation to the urgency of the claims presented to the court." *Leyva*, 593 F.2d at 864.

While the Court encourages the Parties' efforts to resolve this matter, the Parties have not explained why it is necessary to stay the case for three months beyond the mediation date. Consequently, the Court **GRANTS IN PART** the Parties' Joint Stipulation and **STAYS** the action through December 5, 2023. The Parties **SHALL FILE** a joint status report <u>on or before December 12, 2023</u>, apprising the Court of the status of the mediation and this action.

**IT IS SO ORDERED.**

Dated: April 27, 2023

Hon. Janis L. Sammartino
United States District Judge